Page: 2 of 11

Central Violations Bureau
Magistrate Judge Case Pending Report
Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FAJD004R M5 6:18-PO-05019-JCL | 07/04/2018 | DANIELS, RUSSELL S MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: -   Dm | 09/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| FAJD004S M5 6:18-PO-05019-JCL | 07/04/2018 | DANIELS, RUSSELL S MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: -   Dm | 09/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4873155 M8 6:17-PO-05018-JCL | 07/21/2017 | DANIELS, TERRY W MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 09/14/2017 Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB0033 M5 6:18-PO-05063-JCL | 07/23/2018 | DAVIS, JAMES E MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 12/06/2018 Comments: | O | 180.00 | 0.00 | 180.00 |
| FAJD0044 M5 6:17-PO-05020-JCL | 06/11/2017 | DROPPS, JUSTIN V TRAFFIC OFFENSES, OTHER | Current: NW  New: - | 09/14/2017 Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJI002C M8 6:17-PO-05044-JCL | 09/14/2017 | DRY, WILLIAM R TRAFFIC OFFENSES, OTHER | Current: NW  New: - | 12/07/2017 Comments: | O | 95.00 | 0.00 | 95.00 |
| FBGB001H M5 6:17-PO-05008-JCL | 11/30/2016 | DUNCAN, BRANDON D MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 06/08/2017 Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB001I M5 6:17-PO-05008-JCL | 11/30/2016 | DUNCAN, BRANDON D MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW  New: - | 06/08/2017 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4872822 M5 6:19-PO-05003-KLD | 05/18/2018 | ENGLAND, ZACHARY L Operating Motor Vehicle in Violation of Mvum | Current:  New: - | 06/13/2019 Comments: | O | 230.00 | 0.00 | 230.00 |
| F5167595 M5 6:17-PO-05036-JCL | 07/13/2017 | ERVIN, OLAF C Use Campsite More Than Number of Uses Allowed [camping] | Current: NZ  New: - | 09/14/2017 Comments: | O | 105.00 | 50.00 | 55.00 |

1/2023  Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.

| Page: 3 of 11 | | Central Violations Bureau<br>Magistrate Judge Case Pending Report<br>Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG | | | | | | 01/12/2023 |
|---|---|---|---|---|---|---|---|---|

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older. If your records indicate that this list is not accurate, please notify CVB in writing immediately. Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report. Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name<br>Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FAEC004P M8<br>6:18-PO-05064-JCL | 07/06/2018 | FLANAGAN, JENNIFER S<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 12/06/2018<br>Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJD004H M5<br>6:18-PO-05001-JCL | 12/16/2017 | FRITZ, SHADEAU R<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: WZ<br>New: - | 04/05/2018<br>Comments: | O | 180.00 | 40.00 | 140.00 |
| FBGB001R M5<br>6:17-PO-05021-JCL | 04/29/2017 | GENGLER, ADRIAN S<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/14/2017<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB001S M5<br>6:17-PO-05021-JCL | 04/29/2017 | GENGLER, ADRIAN S<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/14/2017<br>Comments: | O | 130.00 | 0.00 | 130.00 |
| F5396519 M8<br>6:18-PO-05022-JCL | 06/22/2018 | GILLESPIE, RAYMOND L JR<br>TRAFFIC OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 95.00 | 0.00 | 95.00 |
| FBGB002S M5<br>6:18-PO-05025-JCL | 05/26/2018 | HALE, TROY A<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: WZ<br>New: - | 09/06/2018<br>Comments: | O | 180.00 | 10.00 | 170.00 |
| FBGB002Y M5<br>6:18-PO-05026-JCL | 06/07/2018 | HALE, TROY A<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: WZ<br>New: - | 09/06/2018<br>Comments: | O | 180.00 | 10.00 | 170.00 |
| FAJD004L M5<br>6:18-PO-05027-JCL | 06/10/2018 | HARLAND, JORDAN R<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 180.00 | 0.00 | 180.00 |
| F4873161 M8<br>6:17-PO-05045-JCL | 10/15/2017 | HAUGEN, SHAD E<br>Prohibited To Operate Motor Veh On Natl Forest Lands | Current: NZ<br>New: - | 12/07/2017<br>Comments: | O | 230.00 | 130.00 | 100.00 |
| F5396518 M8<br>6:18-PO-05028-JCL | 06/19/2018 | HELAN, MARTIN<br>MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW<br>New: - | 09/06/2018<br>Comments: | O | 130.00 | 0.00 | 130.00 |